

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Wes Gilbreath, Jr., Stacey Gilbreath Powell, Elliot Gilbreath, and
Mark Ritter; SignAd, Ltd., SignAd GP, LLC, Ben Nevis West, Ltd.,
Culcreuch West, LLC, Big Signs & Leasing #1, Ltd., Big Signs &
Leasing #2, Ltd., Big Signs & Leasing #3, Ltd. el al v. Lisa R.
Gilbreath Horan, Individually and as Trustee of the Lisa Gilbreath
Horan 2001 Irrevocable Trust

Appellate case number:   01-17-00316-CV

Trial court case number: 2013-74857

Trial court:             80th District Court of Harris County

It is ordered that Individual Appellants' motion for rehearing is **DENIED**.


Judge's signature:          /s/ Veronica Rivas-Molloy
                            ☑ Acting for the Court


The panel consists of Justices Countiss, Rivas-Molloy, and Farris.


Date:  October 20, 2022.